Louise BREWER, Respondent,

v.

DIVISION OF ADMINISTRATION, MISSOURI DEPARTMENT OF CORRECTIONS, Appellant,

and

Division of Employment Security, Respondent.

No. ED 102304

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed:  June 30, 2015

Bart A. Matanic, PO BOX 59, Jefferson City, Missouri 65104, for Respondent.

Nathan S. Weinert, PO Box 236, Jefferson City, Missouri 65102, for Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### *ORDER*

PER Curiam

The Missouri Department of Corrections (Employer) appeals the decision of the Labor & Industrial Relations Commission awarding unemployment benefits to Louise Brewer after determining that she was not discharged for misconduct connected with work.

We have reviewed the briefs of the parties and the record on appeal and conclude that the Commission's decision is supported by competent and substantial evidence.  An extended opinion would have

no precedential value. We, have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the decision of the Commission pursuant to Rule 84.16(b).